UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION


CASE NO: 6:18-cv-00853-GAP-KRS

FLORIDA CARPENTERS PENSION FUND and FLORIDA UBC HEALTH FUND; as JAMES BANKS, HAROLD RICHARDSON, MATTHEW SWANSON, CONRAD VARNUM, CLARENCE "BILLY" CAMPBELL, PRESTON TAYLOR, FRANK D'ANGELO, JOSEPH CREWS, DAVID TANKERSLEY, RANDY PAGE, AL REAUX, CARLOS RANON, LOUIS "BUTCH" KINNEY, DOUGLAS WALKER, JIMMIE JORDAN, PAUL FRENCH AND CLIFFORD TUCKER as Trustees of FLORIDA CARPENTERS PENSION FUND and FLORIDA UBC HEALTH FUND; FLORIDA CARPENTERS TRAINING TRUST FUND; JAMES BANKS, HAROLD RICHARDSON, MATTHEW SWANSON, CONRAD VARNUM, PRESTON TAYLOR, FRANK D'ANGELO, JOSEPH CREWS, DAVID TANKERSLEY, RANDY PAGE, KARL LAMPINEN, DOUGLAS WALKER, SCOTT ALFELE, PAUL FRENCH AND CLIFFORD TUCKER as Trustees of the FLORIDA CARPENTERS TRAINING TRUST FUND; and CARPENTERS LOCAL 1905 OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA.

        Plaintiffs,

v.

MIE, INC.
a Florida Corporation,

        Defendant.
_____/


PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT


I hereby disclose the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

Patrick A. Venable, Venable Law Firm, P.A., Attorney for Plaintiffs
Trustees named in the Complaint
Trust Funds named in the Complaint
Union named in the Complaint
Defendant named in the Complaint

2)  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None known**

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known**

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Trustees, as well as the Participants and Beneficiaries of Plaintiff Funds.**

**I HEREBY CERTIFY** that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in wiring on learning of any such conflict.

Dated: June 6th, 2018

Respectfully submitted,
**VENABLE LAW FIRM, P.A.**

By  ___ s/ Patrick A. Venable ___
Patrick A. Venable, Esquire
Trial Attorney for Plaintiffs
Florida Bar: 30962
7402 N. 56th Street, Suite 380
Tampa, Florida  33617
(813) 985-7122 - Telephone
(813) 985-8622 - Facsimile
patrickavenable@yahoo.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Plaintiffs' Initial Disclosures has been furnished by U.S. Mail to:

**MIE, INC.**
**510 Marvin C. Zanders Avenue**
**Apopka, FL 32703**

and

**Michelle C. Brunache**
**2239 Palm Vista Drive**
**Apopka, FL 32712**

this 6th day of June, 2018.

Respectfully submitted,
**VENABLE LAW FIRM, P.A.**

By      s/ Patrick A. Venable
         Patrick A. Venable, Esquire
         Trial Attorney for Plaintiffs
         Florida Bar: 30962
         7402 N. 56th Street, Suite 380
         Tampa, Florida  33617
         (813) 985-7122 - Telephone
         (813) 985-8622 - Facsimile
         patrickavenable@yahoo.com