**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA - ORLANDO  DIVISION**
**CASE NO: 6:18-cv-00853-GAP-KRS**

FLORIDA CARPENTERS PENSION FUND, et al.
        Plaintiffs,

V.

MIE, INC.
a Florida Corporation,
        Defendant.
_____/

## PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

_____ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

___X___ IS NOT   related to any pending or closed civil or criminal case filed with his Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **Notice of Pendency of Other Actions** upon each party no later than eleven days after appearance of the party.

Dated: June 26th, 2018

                        Respectfully submitted,
                        **VENABLE LAW FIRM, P.A.**

                        By  ___s/ Patrick A. Venable___
                            Patrick A. Venable, Esquire
                            Trial Attorney for Plaintiffs
                            Florida Bar: 30962
                            7402 N. 56th Street, Suite 380
                            Tampa, Florida  33617
                            (813) 985-7122 - Telephone
                            (813) 985-8622 - Facsimile
                            patrickavenable@yahoo.com